UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CARDS COMPANY, LTD.,

                               **Plaintiff,**    13-CV-02576 (LGS)(SN)

                       -against-    **ORDER**

MASTERCARD INTERNATIONAL INC.,

                             **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In response to the plaintiff's July 24, 2014 letter regarding the sufficiency of the defendant's privilege log, the Court orders the following. Each party shall identify 10 documents for the Court to review *in camera*. By August 6, 2014, the defendant shall file a letter setting forth its basis for asserting a privilege with respect to these 20 documents. The letter shall also include as an attachment a list identifying by title or other relevant description all of the individuals who sent or received the communications. By email or hand delivery, the defendant shall also submit the 20 documents for *in camera* review. The plaintiff may file a letter setting forth its position on the defendant's privilege assertion by Monday, August 11, 2014.

**SO ORDERED.**

                                                   _____
                                                   SARAH NETBURN
                                                   United States Magistrate Judge

DATED:   New York, New York
               July 30, 2014