UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL CARDS COMPANY, LTD.,

                               **Plaintiff,**

                -against-

MASTERCARD INTERNATIONAL INC.,

                               **Defendant.**
-----------------------------------------------------------------X

13-CV-02576 (LGS)(SN)

**ORDER**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:_____*
*DATE FILED:_ 7/13/2015 _*

**SARAH NETBURN, United States Magistrate Judge:**

       On July 10, 2015, the defendant filed a motion requesting that the Court deem admitted certain of its Requests for Admission, pursuant to Federal Rules of Civil Procedure Rule 36. Because documents submitted in connection with the motion have been designated as "Highly Confidential" by the parties, the defendant filed this motion by serving it upon the plaintiff with a courtesy copy to the Court, but did not file it on the Court's ECF system.

       The parties may serve courtesy copies on the Court as a temporary measure until the Court has ruled whether the "Highly Confidential" information may be filed under seal. Within three business days of the defendant's motion having been fully submitted, the party that seeks to file documents under seal shall submit a letter motion requesting such relief as required by my Individual Rules of Practice. The fact that the parties have agreed that certain information is confidential will not, alone, be grounds to file documents or portions thereof under seal. The party opposing the filing of documents under seal may file an opposition two business days later. The Court will thereafter issue a ruling and direct that the entire motion be filed on ECF, with certain portions redacted, if appropriate.

SO ORDERED.

                                                                                */s/ Sarah Netburn*
                                                           SARAH NETBURN
DATED: New York, New York                United States Magistrate Judge
             July 13, 2015