UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CARDS COMPANY, LTD., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 13-CV-2576 (LGS) (SN) |
| v. | ) ) **DECLARATION OF DAMIAN R.** ) **CAVALERI, ESQ. IN SUPPORT OF** |
| MASTERCARD INTERNATIONAL INC., | ) **PLAINTIFF'S COMBINED** ) ***DAUBERT* MOTION** |
| Defendant. | ) ) |

I, Damian R. Cavaleri, Esq., declare as follows:

1. I am an attorney at the law firm Hoguet Newman Regal & Kenney, LLP, counsel for International Cards Company, Ltd. ("ICC"), plaintiff in the above-captioned matter. I submit this declaration in support of ICC's combined *Daubert* motion.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Kaushik Gopal, dated February 18, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit A to the Expert Report of Kaushik Gopal, dated February 18, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit B to the Expert Report of Kaushik Gopal, dated February 18, 2015.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of Anthony B. Creamer, dated February 18, 2015.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the April 23, 2015 deposition of Kaushik Gopal.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant MasterCard International Inc.'s Initial Disclosures, dated September 27, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Alliance Agreement between MasterCard and Middle East Payment Services, Bates numbered M0024069 through M0024098.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the May 1, 2015 deposition of Anthony Creamer.

Dated: June 30, 2016

_____
Damian R. Cavaleri