# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CARDS COMPANY, LTD., <br><br>     Plaintiff, <br><br>    v. <br><br> MASTERCARD INTERNATIONAL INC., <br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 13-CV-2576 (LJS)

**DECLARATION OF JUSTIN W. LAMSON, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY AND REPORT OF PAMELA O'NEILL**

I, Justin W. Lamson, Esq., declare as follows:

1.      I am an attorney at the law firm Ballard Spahr LLP, counsel for MasterCard International Incorporated ("MasterCard"), defendant in the above-captioned matter.  I submit this Declaration in Support of MasterCard's Motion to Exclude the Testimony and Report of Pamela O'Neill.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Expert Report of Pamela O'Neill, dated February 18, 2015.[1]

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Appendix and Exhibits to the Expert Report of Pamela O'Neill, dated February 18, 2015.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the April 28, 2015 deposition of Pamela O'Neill, ICC's damages expert.

---

[1] In accordance with Rule III.B.3 of Your Honor's Individual Rules and Procedures for Civil Cases, full copies of the documents of which excerpts attached hereto will be delivered to the Court on a CD.  In accordance with Rule III.B.5 of Your Honor's Individual Rules and Procedures for Civil Cases, printed courtesy copies of all parties motion papers, including exhibits, will be submitted to Chambers at the time the reply is served.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Expert Rebuttal Report of Anthony B. Creamer III, dated March 27, 2015, MasterCard's damages expert.

6.      Attached hereto as Exhibit 5 is a compilation of true and correct copies of: (i) information available on the Amman Stock Exchange website showing the daily historical closing price for ICC stock (available at http://www.ase.com.jo/en/company_historical/CARD?xls=1); (ii) information available on the Yahoo! Finance website showing the historical currency conversion rate for Jordanian Dinars to United States Dollars as of February 18, 2015 (available at http://finance.yahoo.com); (iii) excerpts from ICC's Consolidated Financial Statements as of December 31, 2012 showing the total number of ICC shares outstanding as December 31, 2012 (ICC 052633); and (iv) information available on the Jordanian Securities Depository Center website showing the total number of ICC shares outstanding as of June 28, 2016 (available at http://sdc.com.jo/english/index.php?option=com_public&Itemid=28&security_report=131263).

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the May 1, 2015 deposition of Anthony B. Creamer III, MasterCard's damages expert.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the International Cards Company Valuation Report, dated March 26, 2013, bates-numbered ICC 549694-ICC 549713.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the August 19, 2014 Deposition of Khalil Alami, CEO of ICC.

10.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the October 1, 2014 Deposition of Makram Alami, Chairman of the Board of Directors for ICC.

11.     Attached hereto as Exhibit 10 is a true and correct copy of excerpts from ICC's

2011 – 2013 Marketing & Business Plan for Japan Credit Bureau, dated October 2010.


Dated:  June 30, 2016                    BALLARD SPAHR LLP


                                         By:/s/ Justin W. Lamson
                                         Justin W. Lamson, Esq.
                                         Lamsonjw@ballardspahr.com
                                         919 Third Avenue
                                         New York, NY  10022
                                         Telephone: (212) 223-0200
                                         Facsimile: (212) 223-1942

                                         *Attorneys for Defendant*
                                         *MasterCard International Incorporated*