UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CARDS COMPANY, LTD., | ) ) ) |
| Plaintiff, | ) ) C.A. No. 13-CV-2576 (LGS) (SN) |
| v. | ) ) **DECLARATION OF DAMIAN R.** ) **CAVALERI, ESQ. IN OPPOSITION** |
| MASTERCARD INTERNATIONAL INC., | ) **TO DEFENDANT'S *DAUBERT*** ) **MOTION** |
| Defendant. | ) ) |

I, Damian R. Cavaleri, Esq., declare as follows:

1. I am an attorney at the law firm Hoguet Newman Regal & Kenney, LLP, counsel for International Cards Company, Ltd. ("ICC"), plaintiff in the above-captioned matter. I submit this declaration in opposition to MasterCard's *Daubert* motion.

2. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Pamela M. O'Neill, along with all appendices thereto, dated February 18, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the April 28, 2015 deposition of Pamela M. O'Neill.

4. Attached hereto as Exhibit C is a true and correct copy of an excerpt from the Rebuttal Report of Anthony B. Creamer, III, dated March 27, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the August 19, 2014 deposition of Khalil Alami.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the November 7, 2014 deposition of Khalil Alami, pursuant to Federal Rule of Civil Procedure 30(b)(6).

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the May 1, 2015 deposition of Anthony B. Creamer, III.

Dated: July 29, 2016

_____
Damian R. Cavaleri