**Ballard Spahr LLP**

919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Jay N. Fastow
Tel: 646-346-8049
Fax: 212-223-1942
fastowj@ballardspahr.com

April 3, 2017

*By Electronic Filing*

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Peal Street
New York, NY 10007

Re:   *International Cards Company, Ltd. v. MasterCard International Inc.*,
       No. 13-cv-2576 (LGS) (SN)

Dear Judge Schofield:

      In our submission of March 31, 2017 regarding disputed documents Mastercard intends to use during cross examination of Mr. Alami, we identified documents DX 340 and DX 404 as documents in dispute. Yesterday the parties agreed upon redactions to those documents that resolve ICC's objections. The parties agree that the documents as redacted are admissible. We therefore respectfully withdraw our request for a ruling on the admissibility of those documents.

      Respectfully,

      /s/ Jay N. Fastow

      Jay N. Fastow

cc:   All Counsel of Record by ECF